# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2679

_____

Yufan Zhang

*Plaintiff - Appellant*

v.

UnitedHealth Group; Sujatha Duraimanickam

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 12, 2026
Filed: June 17, 2026
[Unpublished]

_____

Before LOKEN, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Yufan Zhang appeals the district court's[1] dismissal of his civil action as precluded by adverse decisions in a prior federal action and arbitration. After review

_____

[1]The Honorable Jeffrey M. Bryan, United States District Judge for the District of Minnesota.

of the record and the parties' arguments on appeal, see Followell v. United States, 532 F.3d 707, 708 (8th Cir. 2008) (de novo review of dismissal on res judicata and collateral estoppel grounds); we find no basis for reversal. We grant the parties' motions for judicial notice of court records from the prior proceedings, but we deny Zhang's motion to the extent it seeks judicial notice of other documents.

The judgment is affirmed. See 8th Cir. R. 47B.

_____